# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2015

151521

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

SC: 151521
COA: 324590
Wayne CC: 13-008655-FC

DEJUAN CARUTH HUNTER,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the March 30, 2015 order of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Wayne Circuit Court to determine whether the court costs imposed were reasonably related to actual costs, as required by MCL 769.1k(l)(b)(iii), and, if not, to assess and impose court costs, if any, under MCL 769.1k(l)(b)(iii). The circuit court's order shall be filed with this Court within 60 days of the date of this order.

      We retain jurisdiction.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2015



Clerk

p1118